MICHAEL C. RUOTOLO *v.* BOYER REALTY
MANAGEMENT, INC.
(9252)

O'CONNELL, FOTI and LANDAU, Js.

Argued January 14—decision released January 29, 1991

*Michael C. Ruotolo,* pro se, the appellant (plaintiff).
*Susan B. Handy,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.

SANDRA J. RAYNOR *v.* RUPERT MALLACH ET AL.
(8296)

DALY, O'CONNELL and NORCOTT, Js.

Argued January 14—decision released January 29, 1991

*John W. Pickard,* with whom, on the brief, was
*Maureen E. Donahue,* for the appellants (named defend-
ant et al.).

*Catherine G. Roraback,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.